

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Jamie Wilson,                           * From the 32nd District Court
                                          of Mitchell County
                                          Trial Court No. 7564.

Vs. No. 11-16-00163-CR                  * June 21, 2018

The State of Texas,                     * Memorandum Opinion by Bailey, J.
                                          (Panel consists of: Willson, J.,
                                          Bailey, J., and Wright, S.C.J.,
                                          sitting by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.